## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:  Rene A Vazquez Paradi                                    Case No. 18-20804-LMI
       Ana M Ramas Pastrana                                  Chapter : 13
         Debtors.
_____/

### AMENDED[1] MOTION TO ALLOW DEBTORS TO INCUR NEW DEBT

**COME NOW** the Debtors, Rene A Vazquez Paradi and Ana M Ramas Pastrana, by and through the undersigned counsel, and file this Amended Motion to Allow Debtors to Incur New Debt and state:

1. The Debtors are before this Honorable Court by virtue of a Chapter 13 Bankruptcy filed on August 31, 2018.
2. An Order confirming the Second Amended Chapter 13 Plan was entered on January 14, 2019.
3. The Debtors wish to purchase a used vehicle with a purchase price of about $24,000.00.
4. The Debtor needs a newer car because he works far from home and the two Debtors are currently sharing one car.
5. The purchase of the vehicle is necessary because the Debtor's 2012 Scion is having mechanical problems.
6. The Debtors obtained a pre-approval for financing that is attached to this motion as Exhibit "A".
7. The Debtor's son, Alain Vazquez Ramas, will provide the down payment of $3,000.

**WHEREFORE** the Debtors pray that this Honourable Court enter an order granting and approving the Debtors' Amended Motion to Allow Debtors to Incur New Debt.

### CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: January 2, 2020                         Respectfully submitted,

                                                   Robert Sanchez, Esq.
                                                   355 West 49th Street
                                                   Hialeah, FL 33012
                                                   Tel. (305)-687-8008
                                                   By: */s/ Robert Sanchez*
                                                   Robert Sanchez, Esquire
                                                   FBN#0442161

---

[1] Amended to provide correct case number.