**CAR FACTORY OUTLET**
A NEW CAR ALTERNATIVE

709 NW 42nd Ave Miami FL 33126 (305)642-6757

**BUYERS:** RENE ANGEL VAZQUEZ PARADI
4955 nw 199 st lot 367 OPA LOCKA FL 33055    **PHONE:** (305)332-1890    **STOCK #:** 993758
**BUYER:**    **DOB:** [redacted]    **SS#:**    **DL:**    **SALES AGENT:** Ernesto Celorrio
**COBUYER:**    **DOB:**    **SS#:**    **DL:**    **SALES MGR:** Reibert Diaz

I HEREBY AGREE TO PURCHASE FROM YOU    (ONE)    [✓] USED    [ ] NEW    **FIN MGR:** Kerry Figueredo
**MILEAEGE:** 38056    **VIN:** 4T1B11HK9JU088893
**VEHICLE:** 2018 Toyota Camry    **DELV DATE:** 12/07/2019

| | |
|---|---|
| INS NAME: N/A | |
| POLICY: N/A | |
| EFF DATE:    EXP DATE: | |

| APR | FINANCE CHARGE | TOTAL PAYMENTS |
|---|---|---|
| 13.49% | $9,652.56 | $30,454.56 |

THE BALANCE IS TO BE PAID IN 72 PAYMENTS OF $422.98
DOLLARS. FIRST PAYMENT IS DUE ON 01/06/2020 AND
MONTHLY THEREAFTER.

PURCHASER (BUYER) AGREES THAT THIS ORDER INCLUDES ALL OF THE TERMS AND CONDITIONS HEREFORE, THAT THIS ORDER CANCELS AND SUPERCEDES ANY PRIOR AGREEMENT WRITTEN OR VERBAL. PURCHASER AGREES TO PAY THE TOTAL OF PAYMENTS IN ACCORDANCE WITH THE PAYMENT SCHEDULE SHOWN ABOVE. THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY THE DEALER OR HIS OR HER AUTHORIZED REPRESENTATIVE.

NOTICE: DEALER PROVIDES NO INSURANCE, BUYER AGREES TO FURNISH

[✓] THE ESTIMATED TAG FEES INCLUDE ELECTRONIC FILING, ALL TAG AGENCY FEES, AND DOCUMENT PROCESSING FEES.

[✓] I RELINQUISH ALL RIGHTS TO THIS VEHILCE AND IT CAN BE REPOSSESSED AT ANY TIME OR PLACE, WITH OR WITHOUT MY KNOWLEDGE SHOULD THIS ACCOUNT BECOME DELINQUENT.

[✓] SOLD AS IS: I MAKE THIS PURCHASE KNOWLINGLY WITHOUT ANY GUARANTEE, NEITHER EXPRESSED NOR IMPLIED, BY THIS DEALER OR HIS AGENT. I AGREE TO NOTIFY THE LIENHOLDER, IF (A) CHANGE OF ADDRESS OCCURS (B) CHANGE OF EMPLOYMENT OCCURS.

[✓] ALL SALES ARE FINAL, NO RETURNS NO REFUNDS.

I HAVE READ THE FACE OF THIS ORDER AND AGREE TO THIS PURCHASE PRICE. I HEREBY CERTIFY THAT I AM 18 YEARS OF AGE OR OLDER.

| | |
|---|---:|
| SELLING PRICE | 18,904.46 |
| KEY / REMOTE REPLACEMENT | 0.00 |
| MAINTENANCE PLAN | 0.00 |
| EXTENDED WARRANTY | 0.00 |
| ROADSIDE ASSISTANCE | 0.00 |
| DEPOSIT ALLOWANCE | |
| ETCH | |
| LESS TRADE ALLOWANCED | 0.00 |
| DEALER FEES | 0.00 |
| PRE-DELIVERY INSPECTION | 899.00 |
| DESTINATION CHARGES | 995.00 |
| RECON FEES | |
| ELECTRONIC REGISTRATION FILING FEE | 259.00 |

These charges represent additional costs and profit to the dealer for items such as inspecting, cleaning, destination expenses, recon expenses and preparing documents related to the sale.

| | |
|---|---:|
| STATE SALES TAX | 1,272.39 |
| COUNTY TAX | 50.00 |
| TRANSFER TAG / TAG | 300.00 |
| BATTERY FEES | 149.00 |
| GAP | 900.00 |
| DOCUMENTARY STAMPS | 73.15 |
| AMT. OWED ON TRADE | 0.00 |
| **SUBTOTAL** | 23,802.00 |
| **TOTAL DOWN** | 3,000.00 |
| **GRAND TOTAL** | $20,802.00 |

**TRADES:**
**MILEAGE:** N/A    **VIN:** N/A
**VEHICLE:** N/A
**LIEN:** N/A

_[signature]_    12/07/2019        N/A        12/07/2019
RENE ANGEL VAZQUEZ PARADI    DATE                DATE

_[signature]_    12/07/2019
DEALER'S AGENT    DATE    LIEN TO: CAR FACTORY OUTLET