

**ORDERED in the Southern District of Florida on February 8, 2020.**

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Rene A Vazquez Paradi               Case No. 18-20804-LMI
         Ana M Ramas Pastrana                Chapter : 13
              Debtors            /

**ORDER GRANTING MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT**

**THIS MATTER** came on to be heard on  February 6, 2020 on the Debtors' Amended Motion to Allow Debtors to Incur New Debt (herein the "Motion") [ECF #61] and based on the record, it is

ORDERED as follows:

1. The Debtors' Motion is GRANTED.

2. The Debtors may proceed to incur new debt to obtain financing to obtain a car with terms as stated in the Motion.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.